# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2025 ND 5

In the Interest of R.S.

William Pryatel, M.D.,                              Petitioner and Appellee

     v.

R.S.,                                              Respondent and Appellant

## No. 20240341

Appeal from the District Court of Stutsman County, Southeast Judicial District, the Honorable Troy J. LeFevre, Judge.

AFFIRMED.

Per Curiam.

Leo A. Ryan, Special Assistant Attorney General, Jamestown, ND, for petitioner and appellee; submitted on brief.

Andrew Marquart, Fargo, ND, for respondent and appellant; submitted on brief.

**Interest of R.S.**
No. 20240341

**Per Curiam.**

[¶1]   R.S. appeals from a district court's continuing treatment order. He argues there was not clear and convincing evidence to find him mentally ill and a person requiring treatment. We review the court's findings "under the more probing clearly erroneous standard of review." *Int. of Doe*, 2019 ND 23, ¶ 4, 921 N.W.2d 403. We conclude the court's findings are supported by clear and convincing evidence and are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr